IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DANIEL BRODY,** Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>vs.<br><br>**MYLAN N.V., HEATHER BRESCH, KENNETH S. PARK,** and **RAJIV MALIK,**<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 2:19-cv-1620 |

### NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

Plaintiff **Daniel Brody** hereby voluntarily dismisses without prejudice all causes of action articulated in the complaint against all defendants pursuant to **Fed.R.C.P. 41(a)(1)(A)(i).**

No defendant in this matter has filed an answer to the complaint.

No defendant has filed a motion for summary judgment in this matter.

Dated: **December 30, 2019**

Respectfully submitted,

_____
**Vincent A. Coppola, Esquire**
Penn. Attorney #50181

PRIBANIC & PRIBANIC
513 Court Place
Pittsburgh, PA  15219
(412) 281-8844

AND NOW, this ___30th___
day of ___December___, 20_19_
IT IS SO ORDERED.
___s/ Mark R. Hornak___
UNITED STATES DISTRICT JUDGE